FILED

# IN THE UNITED STATES DISTRICT COURT FOR THE

## EASTERN DISTRICT OF VIRGINIA

## ALEXANDRIA DIVISION

2019 OCT -3 P 1: 48

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No.: 1:19-MJ-436 |
| | ) | Misdemeanor |
| v. | ) | |
| | ) | |
| ROBERT F. WHITEHURST, | ) | Court Date: October 16, 2019 |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

(COUNT I – Class A Misdemeanor – 6675712)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 16, 2019, at Marine Corps Base, Quantico, Virginia, in the Eastern District of Virginia, the defendant, ROBERT F. WHITEHURST, did unlawfully, knowingly, and intentionally possess a mixture and substance which contained a detectable amount of marijuana, a Schedule I controlled substance.

(Violation of Title 21, United States Code, Section 844)

Respectfully Submitted,

G. Zachary Terwilliger
United States Attorney

_____
Garland W. Rowland
Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed this __3__ day of October 2019 to the defendant's home of record.

By: _____
Garland W. Rowland
Special Assistant United States Attorney
2100 Jamieson Ave
Alexandria, VA 22314
Phone: (703) 299-3706
Fax: (703) 299-3980
Garland.Rowland@usdoj.gov